✎Prob 12A
  (Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

---

## Report on Offender Under Supervision

**Name of Offender:** Jeremy David Grove          **Case Number:** 6:17CR00093-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** January 15, 2019

**Original Offense:** **Count 1:** Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana, Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846. **Count 6:** Money Laundering, Title 18 U.S.C. § 1956(h).

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 60 months followed by 48 months supervised release with the following special condition: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance. You must contribute to the cost of such program not to exceed the amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** February 13, 2023

**Previous Court Action/Notification(s):** On October 17, 2023, the Court was notified that the defendant tested positive for marijuana on September 28, 2023. The violation has been held in abeyance.

On August 27, 2024, the Court was notified that the defendant tested positive for marijuana on August 9, 2024. The test was confirmed positive by Alere Toxicology Services on August 17, 2023. The Court modified the defendant's conditions to include substance abuse treatment due to the positive drug test. The defendant was issued a written reprimand, referred for a substance abuse assessment, and randomly drug tested.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **Failure to Refrain from Illegal Drug Use:** The defendant tested positive for marijuana on October 22, 2024. The test was confirmed positive by Alere Toxicology Services on October 27, 2024. |

Prob 12A                                                                                                          Page 2
(Rev. 01/2020 - D/SC)

**U.S. Probation Officer Action:** Mr. Grove is currently in drug treatment at Center for Behavioral Health, and this officer would like to afford him the opportunity to continue his treatment. According to his counselor with Center for Behavioral Health, *Mr. Grove, is very engaging and open, however his "passion project" is so CBD focused that he's not making necessary steps to discontinue his use. He is so dead set on the benefits of it and doesn't really see any potential ramifications outside of legally.*

The defendant will continue to be randomly drug tested and issued a written reprimand.  Mr. Grove's will also be required to report once a month, for the next three months wherein this officer will review skills to reduce his risk of recidivism.  Any further violations will be reported to the Court with an appropriate recommendation.

***It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.***

Respectfully Submitted,

By:   _____
Jenniann N. Benefield
U.S. Probation Officer
Charleston Office

Date:  November 21, 2024

Reviewed and Approved By:

_____
Katrina Robinson-Curtis
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |

| | Submit a Request for Modifying the Condition or Term of Supervision |

| | Submit a Request for Warrant or Summons |

| | Other |

_____
Bruce Howe Hendricks
United States District Judge

November 21, 2024
Date